UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADT SECURITY SERVICES, INC. | ) Civil Action No. 3:12-mc-00106(RNC) |
| Plaintiff, | ) |
| v. | ) |
| SECURITY ONE INTERNATIONAL INC. CLAUDIO HAND, SCELLUSALEADS and PURE CLEAR | ) |
| Defendants. | ) NOVEMBER 21, 2012 |

### SAFE HOME SECURITY, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO MODIFY SUBPOENA

Safe Home Security, Inc. ("Safe Home") hereby submits this memorandum in reply to Plaintiff ADT Security Services, Inc.'s ("ADT") opposition, dated November 8, 2012, to Safe Home's motion to modify subpoena.

ADT's opposition is based on the premise that the identity of Safe Home's customers is not worthy of protection. *See, e.g.*, ADT's Brief at p. 6 ("It is unlikely that any customer complaint made to the BBB would have much other information besides the name of the complainant . . . ."); p. 4 ("The only 'commercial information' [in the requested information] would be basic information publicly known to Safe Home's customers."). But the identity of Safe Home's customers is not publicly available and is valuable commercial information to a competitor.

ADT would not be able to gather the identity of Safe Home's customers from the Better Business Bureau without a proper subpoena. ADT cannot deny that the identity of customers in this industry is a valuable commercial asset and, in fact, the federal district

court in California has not compelled the disclosure of the identity of either ADT's customers or Security One's customers without the protection of an attorney's-eyes-only confidentiality order. Safe Home merely requests similar protection here: Safe Home requests that the production be limited to only those customers that are the subject of ADT's complaint (not "all complaints or files related to Safe Home"); and that any information that is produced be subject to the same confidentiality order that Safe Home requested in connection with ADT's related motion to compel.

SAFE HOME SECURITY, INC.

By _____
James G. Green, Jr. (ct05961)
David W. Case (ct25895)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Their Attorneys
One State Street, 14th Floor
Hartford, CT 06103
Tel. No. 860.522.5175
Fax No. 860.522.2796
E-mail: jgreen@mdmc-law.com
E-mail: dcase@mdmc-law.com

## CERTIFICATION

I hereby certify that on November 21, 2012, a copy of the foregoing Reply to Plaintiff's Opposition to Motion to Modify Subpoena was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
David W. Case