UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADT SECURITY SERVICES, INC., <br><br>Plaintiff,<br><br>VS.<br><br>SECURITY ONE INTERNATIONAL, INC., CLAUDIO HAND, SCELLUSALEADS and PURE CLAR,<br><br>Defendants. | CIVIL ACTION NO. 3:12-MC-00106 (RNC)<br><br>(Pending in the U.S.D.C. for the Northern District of California – Oakland Division)<br><br>Hon. Yvonne Gonzalez Rogers<br>(Case No. 4:11-cv-05149-YGR)<br><br>OCTOBER 7, 2013 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned parties, by their respective counsel, hereby agree and stipulate to the dismissal of this action in its entirety with prejudice, with each party to bear its own costs and attorneys' fees. A proposed order of dismissal is attached as Exhibit A.

PLAINTIFF,
ADT SECURITY SERVICES, INC.

By:___/s/ Bryan J. Orticelli_____
    Bryan J. Orticelli (ct28643)
    DAY PITNEY LLP
    242 Trumbull Street
    Hartford, CT 06103-1212
    t: (860) 275-0100
    f: (860) 275-0343
    borticelli@daypitney.com

    Its Attorneys

DEFENDANT,
SAFE HOME SECURITY, INC.

By:___/s/ David W. Case_____
    David W. Case (ct25895)
    James G. Green, Jr. (ct05961)
    McElroy, Deutsch, Mulvaney &
    Carpenter, LLP
    One State Street, 14th Floor
    Hartford, CT 06103
    t: (860) 522-5175
    f: (860) 522-2796
    dcase@mdmc-law.com
    jgreen@mdmc-law.com


    Its Attorneys

## CERTIFICATION

I hereby certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Bryan J. Orticelli
                                          Bryan J. Orticelli